UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-23584-CIV-MORENO

CAUDREY MACK,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE REID'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE

THE MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on pro se Petitioner's Motion to Vacate made pursuant to 28 U.S.C. § 2255, filed on **August 27, 2019**. The Magistrate Judge filed a Report and Recommendation **(D.E. 11)** on **March 23, 2020**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge Reid's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, the Motion to Vacate is **DENIED**. Petitioner originally pled guilty to two counts: (1) Hobbs Act robbery under 18 U.S.C. § 1951(a) and (2) brandishing a firearm in furtherance of a crime of violence under 18 U.S.C. § 924(c)(1)(A)(iii) in connection with the robbery. Petitioner now argues in his motion and objections that both convictions are unconstitutional in light of *United States v. Davis*, 139 S. Ct. 2319 (2019), which invalidated the residual clause of section 18 U.S.C. § 923(c)(3)(B). The problem with Petitioner's first argument

seeking to overturn his first conviction is that his Hobbs Act robbery conviction is a crime of violence under the elements clause of section 924(c)(3)(A), as opposed to the now invalid residual clause of 924(c)(3)(B). *See United States v. St. Hubert*, 909 F.3d 335, 345 (11th Cir. 2018). As for Petitioner's second argument that his second conviction is invalid, it similarly fails as brandishing a firearm (an attempted use or threatened use of force) is also a crime of violence under the elements clause. *See In re Fleur*, 824 F.3d 1337, 1341-42 (11th Cir. 2016).

Consistent with the Report and Recommendation, it is further

**ADJUDGED** that no certificate of appealability issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th of April 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lisette M. Reid

Counsel of Record

Caudrey Mack
16476-104
Coleman Medium
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 1032
Coleman, FL 33521
PRO SE